

**UNITED STATES DEPARTMENT OF JUSTICE**
UNITED STATES MARSHALS SERVICE
MIDDLE DISTRICT OF PENNSYLVANIA

06-382-M-01

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| DONALD, RICKY R | D000055 PM50 | 08/17/2004 |
| Defendant | DRIVE W/SUSPENDED LIC | FILED AUG 2 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

04-MJ-056-15

# • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ __$200.00__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _Stephen K. Orr_
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE: 8/28/06
PHONE: 353-0620

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY