*[The page is a scanned and rotated U.S. District Court Violation Notice. Key legible content below.]*

**United States District Court — Violation Notice**

Case No: 1:04-MH-0056-15

Law Code: AM 50
Violation No: D0000055

Print Officer Name: Edward M. Varner
Officer No: 9

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 8/12/04 / 1000
Offense Charged: 19 USC § 13/75 CFSA Sec. 1542 1543
Place of Offense: Mission Dr, DRSP, New Cumberland
Offense Description: Suspension of Operating Privilege, Driving While Suspended

Defendant Last Name: DUARTE
First Name: Ricky
MI: R.

**VEHICLE DESCRIPTION**
Vehicle Tag No: [illegible]
Vehicle Tag State: MICH
Year: [blank]
Vehicle Make: CHEVY
Vehicle Color: WHITE

YOUR COURT DATE
Date: 10/20/04
Time: 0900

Court Address: COURTROOM NUMBER 5 ELEVENTH FLOOR, FEDERAL BUILDING, THIRD AND WALNUT STS, HARRISBURG, PA 17108

Collateral (Fine): $100.00

A  ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B  ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
   ☐ I wish to terminate this matter by paying the collateral above
   ☐ I plead not guilty and promise to appear as required

CLERK OF COURT
(717) 221-3931

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant)

I state that on 12 Aug as a law enforcement officer in the Middle [District] while working RT [route] 22, I stopped ask M 22. ID Mr DUARTE was expired. License plate on white Chevy...

This officer, license checks cleared, the reg. was suspended.

☒ my personal observation
☐ information supplied to me from my fellow officer
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/12/2004
Probable cause has been stated for the issuance of a warrant.
Executed on: 01-06-01

---

**FILED**
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT