**United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 9/5/06**

**FILED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

**Nancy Mayer-Whittington
Clerk of the Court**

Address of Other Court: United States District Court
Post Office Box 1148
Scranton, PA. 18501-1148
RE: Ricky R. Donald 06-MG-382

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| X | Notice Before Arrest/Viol Notice | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other-Blotter dated 9/1/06, 8/30/06, 8/28/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

**FILED
SCRANTON
SEP 0 8 2006
PER____ DEPUTY CLERK**